FILED: August 5, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-255

(3:13-cv-02546)

_____

PFIZER, INC.; PFIZER IRELAND PHARMACEUTICALS; WARNER-LAMBERT COMPANY; WARNER-LAMBERT COMPANY, LLC; RANBAXY, INC.; RANBAXY PHARMACEUTICALS, INC., and; RANBAXY LABORATORIES LIMITED

        Petitioners

v.

STATE OF WEST VIRGINIA EX REL. PATRICK MORRISSEY, Attorney General

        Respondent

_____

O R D E R

_____

Upon review of submissions relative to the petition for permission to appeal, motion for abeyance and motion for stay pending appeal, the court denies the petition and the motions.

Entered at the direction of Judge Agee with the concurrence of Judge Gregory and Judge Davis.

For the Court

/s/ Patricia S. Connor, Clerk